IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| JOSHUA PASS<br>*Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:24-cv-00021-DC-DF |
| ALLIED PROPERTY AND CASUALTY<br>INSURANCE COMPANY<br>*Defendant.* | § § § § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Joshua Pass and Defendant Allied Property and Casualty Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

Signed this 26th day of November, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE